UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

U.S. BANKRUPTCY COURT

2017 MAR -6 A 9: 57

In Re,

Anwar Ibrahim.                    Case No. 16-13549.jnf

Debtor.                           Chapter. 13

Emergency motion for an Injunction/Restraining Order and hearing for violations.

   Now comes Anwar Ibrahim - the Debtor to ask this Honorable court to issue a Restraining Order/Injunction against one of his creditors GOSHEN Mortgage, REO and it's Attorney Edward Gaynor who have repeatedly violated his bankruptcy court protections. He also asks for a hearing date to address the bankruptcy stay violations

   Since Mr. Anwar Ibrahim filed his bankruptcy on September 14, 2016 GOSHEN Mortgage, REO and their Attorney Mr. Edward Gaynor (who at various times has described himself as the owner) have refused to drop their eviction proceedings in Malden District Court - Case No. 1650SU000365 by arguing to the court that he is a trespasser or his bankruptcy case is about to be dismissed. They ask the Malden court to schedule status hearing dates and keep filing motions on those hearings.

   On February 2, 2017 Goshen Mortgagebsent an employee to change the locks on the Debtor"s residence and gain access. When asked who he was he refused to identify himself. Mr. Ibrahim stopped him. They called the police and the person told the police he was sent by Goshen Mortgage Reo. After Mr. Ibrahim explained to the police that the property was a bankruptcy court estate, the Police told Goshen Mortgage's employee to go to court or leave.

   Since his bankruptcy filing on September 14, 2016 the Debtor has been called into the Malden Court on a Monthly basis for more than half a dozen hearings. On some of those hearings the Malden court issued Trial dates despite the bankruptcy filings which the Debtor had to appeal.

   The Debtor had a hearing this past Thursday, March 2, 2017 in which GOSHEN Mortgage REO's Attorney Edward Gaynor filed a motion for access to the Debtors residence despite the property being a bankruptcy court estate. The Motion is scheduled to be heard today March 6, 2017.

   Since the bankruptcy court stay violations are so blatant the Debtor Anwar Ibrahim asks this Honorable Court to issue a Restraining Order/ Injunction against Goshen Mortgage REO and their Attorney Edward Gaynor from proceeding with this hearing today at Malden District Court

and schedule a hearing at this bankruptcy court for the Debtor Anwar Ibrahim and the violators Goshen Mortgage REO and their Attorney Edward Gaynor.

Respectfully submitted,

*/s/ Anwar Ibrahim*
Anwar Ibrahim (Debtor)

March 6, 2017

263 PEARL STREET
MALDEN, MA 02148
857 247 9417

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS DIVISION

U.S. BANKRUPTCY COURT
2017 MAR -6 A 9: 57

In re: __ANWAR IBRAHIM__

and _____

Debtors.

Case no.: __16-13549__

Chapter __13__

**CERTIFICATE OF SERVICE RE:**
__EMERGENCY MOTION FOR INJUCTION__

We, __I ANWAR IBRAHIM__ and __TODAY 3-6-17__, the Debtors in the above matter hereby certify that on _____ we mailed a true and completely copy of __EMERGENCY MOTION FOR INJUCTION__, a copy of which is attached hereto, via US Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below our signatures and on the attached pages.

Respectfully submitted:

DATED: __3-6-17__

__[signature]__
__ANWAR IBRAHIM__, Debtor Pro se

DATED: _____

_____, Joint Debtor Pro se

Address: __263 PEARL STREET__
__MALDEN MA 02148__
Telephone Number: __857 247 9417__

EDWARD GAINOR
P.O. BOX 240
AMHERST, NH 03031

Carolyn Bankowski
P.O. BOX 8250
BOSTON, MA 02114