# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Anwar M. Ibrahim                    Case Number: 16-13549           Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#98 Motion filed by Debtor Anwar M. Ibrahim For an Injunction/Temporary Restraining Order with certificate of service. (Zazeini, Usbc)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  98  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A request to obtain an injunction must be sought through the commencement of an adversary proceeding. See Fed. R. Bankr. P. 7001(7). In light of the averments in the Debtor's motion, the Court will construe this pleading as a Motion for damages for violation of the automatic stay pursuant to 11 U.S.C. Sec. 362(k) and conduct a hearing on the matter on 03/16/17 at 1:00 PM.

IT IS SO NOTED:                                       IT IS SO ORDERED:

                                                      /s/ Joan N. Feeney
_____                              _____Dated: 03/06/2017
Courtroom Deputy                                      Joan N. Feeney, U.S. Bankruptcy Judge