# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Anwar M. Ibrahim                                    Case Number: 16-13549            Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#98 Motion of Debtor for Damages for Violation of the Automatic Stay (Pro Se)
#110 Supplement of Debtor to #98 (David Baker)
#112 Opposition of Goshen Mortgage REO, LLC (Edward Gainor)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__98__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Debtor and Goshen Mortgage LLC shall file supplements to Doc. No. 98 by 03/30/17 which shall contain page references to enumerated exhibits and a narrative of the chronology of events, and shall address the following legal issues: 1) whether the automatic stay applies to the state court action pending in the Malden District Court against the Debtor or whether an exception to the automatic stay under 11 U.S.C. Sec. 362(b) applies; and 2) whether or not the real property located at 263 Pearl Street in Malden, MA is property of the Debtor's estate, see 11 U.S.C. Sec. 541, in light of prepetition foreclosures.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____               _____ Dated: 03/16/2017
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge