# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Anwar M. Ibrahim                             Case Number: 16-13549            Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#98 Motion of Debtor for Damages for Violation of the Automatic Stay (Pro Se)
#110 Supplement of Debtor to #98 (David Baker)
#112 Opposition of Goshen Mortgage REO, LLC (Edward Gainor)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Pursuant to Fed. R. Bankr. P. 9014, the Court shall deem this a contested matter to which the rules of adversary proceedings shall apply.  The Court shall issue a Scheduling Order.

IT IS SO NOTED:                                      IT IS SO ORDERED:

_____                          _____ Dated: 05/01/2017
Courtroom Deputy                                     Joan N. Feeney, U.S. Bankruptcy Judge