## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:**  Anwar M. Ibrahim                    **Case Number:**  16-13549          **Ch:**  13

**MOVANT/APPLICANT/PARTIES:**

#128 Scheduling Order Re: Order dated [126] Re: [98] Motion filed by Debtor Anwar M. Ibrahim
For an Injunction/Temporary Restraining Order. Pre-Trial Memorandum due by 10/6/2017.
Discovery due by 8/1/2017. (Zazeini, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                          Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


It appearing that the parties have failed to file the Joint Pretrial Memorandum in accordance with this Court's
Scheduling Order dated 05/03/17, the Court shall consider denying Doc. No. 98 or any other appropriate sanction in
the event the parties do not file the Joint Pretrial Memorandum or other appropriate pleading within 15 days of the
date of this order.


IT IS SO NOTED:                                IT IS SO ORDERED;

_____          _____ Dated:10/10/2017

Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge