# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Anwar M. Ibrahim      **Case Number:** 16-13549    **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**
EVIDENTIARY HEARING (DAY TWO):
#98 Motion of Debtor for Violation of the Automatic Stay (David Baker)
#110 Supplement of Debtor to #98 (David Baker)
#112 Opposition of Goshen Mortgage REO, LLC (Edward Gainor)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
        Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
**98**_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

It appearing that the parties have failed to file the Joint Pretrial Memorandum in accordance with this Court's Scheduling Order dated May 3, 2017, the Court shall consider denying the Motion or any other appropriate sanction in the event the parties do not file the Joint Pretrial memorandum or other appropriate pleading within 15 days of the date of this order.

IT IS SO NOTED:             IT IS SO ORDERED:

                    *Joan N. Feeney*   Dated: 10/25/2017

_____        _____
Courtroom Deputy            Joan N. Feeney, U.S. Bankruptcy Judge