# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Anwar M. Ibrahim                                    Case Number: 16-13549            Ch: 13

**MOVANT/APPLICANT/PARTIES:**
EVIDENTIARY HEARING:
#98 Motion of Debtor for Violation of the Automatic Stay (David Baker)
#110 Supplement of Debtor to #98 (David Baker)
#112 Opposition of Goshen Mortgage REO, LLC (Edward Gainor)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  #98  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Evidentiary hearing held. The Court directed the parties to file post-trial briefs by January 12, 2018 by 4:30 p.m. This matter is taken under advisement.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *(signed)* Joan N. Feeney
_____                 _____ Dated: 12/12/2017
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge